

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00376-CR

STEVEN EUGENE FOUST
v.
THE STATE OF TEXAS

On Appeal from the
15th District Court of Grayson County, Texas
Trial Cause No. 062842

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

August 21, 2014